# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gilbert M. Martinez,                  :
                           Appellant  :
                                      :
              v.                      :        No. 2047 C.D. 2016
                                      :
Reading Area Water Authority          :


**PER CURIAM**                    **O R D E R**


NOW, November 8, 2017, having considered appellant's application for reconsideration, and appellee's answer in response thereto, the application is denied.